"1. Did the Appellate Court properly rule that expert testimony was not required in a negligence case wherein the plaintiff claimed that the defendants had installed an inherently dangerous carpet in its indoor soccer arena, and where there was no evidence that the defendants had notice of the danger?

"2. Did the Appellate Court properly rule that plenary review applied to the trial court's decision concerning the admissibility of expert testimony in a summary judgment motion?"

The Supreme Court docket number is SC 18726.

*Kenneth J. Bartschi* and *Karen L. Dowd,* in support of the petition.

Decided December 15, 2010

### STATE OF CONNECTICUT *v.* VALISA KINION

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 908 (AC 30171), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided December 15, 2010

### STATE OF CONNECTICUT *v.* LUIS ROJAS

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 745 (AC 30590), is denied.